United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2202

_____

United States of America,          *
                                   *
          Appellee,                *
                                   *
     v.                            *    Appeal from the United States
                                   *    District Court for the
Oliver Lawrence Beasley,           *    District of Minnesota.
                                   *
          Appellant.               *         [UNPUBLISHED]

_____

Submitted: February 13, 1998
Filed: March 26, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.


       After Oliver Beasley was indicted on federal charges, his attorney requested a
transcript of the grand jury proceedings.  The request was granted as to the grand jury
testimony of all persons who would testify at trial.  A jury subsequently found Beasley
guilty as charged, and his convictions were affirmed.  United States v. Beasley, 102
F.3d 1440 (8th Cir. 1996), cert. denied, 117 S. Ct. 1856 (1997).  Beasley then filed a
motion for disclosure of transcripts of the grand jury testimony of all government
witnesses who testified at his trial, asserting that he needed the transcripts to prepare

a 28 U.S.C. § 2255 motion, and that "quite a few witnesses" gave inconsistent testimony at trial. The district court[1] denied Beasley's motion, and he appeals.

Contrary to the government's argument, we conclude the district court's order is appealable. See United States v. Miramontez, 995 F.2d 56, 59 n.4 (5th Cir. 1993). We find no abuse of discretion in the district court's decision to deny disclosure because Beasley failed to demonstrate a "particularized need" for the transcripts. See In re Grand Jury Investigation, 55 F.3d 350, 354 (8th Cir.) (standard of review), cert. denied, 116 S. Ct. 307 (1995); Miramontez, 995 F.2d at 59; Thomas v. United States, 597 F.2d 656, 657 (8th Cir. 1979).

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.